**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| STACEY ELLA REDMOND, | : | No. 485 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BUREAU OF ADMINISTRATIVE | : | |
| ADJUDICATION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal and the Application for Leave to File a Response are **DENIED**.